No. 161. ANCHOR COMPANY *v.* P. & M. COMPANY. Appeal from the District Court of the United States for the Southern District of New York. Argued March 10, 1922. Decided March 13, 1922. *Per Curiam.* Affirmed upon the authority of *Tyler Co.* v. *Ludlow-Saylor Wire Co.,* 236 U. S. 723; *Chicago Car Heating Co.* v. *Gold Car*

*Heating & Lighting Co.,* 245 U. S. 631. *Mr. Edwin B. H. Tower, Jr.,* with whom *Mr. Melville Church* and *Mr. Wylie C. Margeson* were on the brief, for appellant. *Mr. Otto R. Barnett* for appellee.